IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES DISTRICT COURT

DEC 1 1 2001

TED PADILLA,

    Plaintiff,

vs.     Civ. No. 00-1704 MCA/WWD

NELSON CORDOVA, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the parties' Joint Motion for Extension of Discovery Deadlines sent directly to the undersigned by Steven Granberg, Esq., on December 7, 2001. The motion will be granted; however, the order submitted for Judge Armijo's signature was unacceptable; accordingly, I will enter a different order regarding the scheduling. All previous orders dealing with scheduling in this cause are considered modified or vacated and set aside. The pretrial schedule in this cause shall be as follows:

    1. Discovery shall end February 20, 2002.

    2. Discovery motion packages are due by March 29, 2002.

    3. Pretrial motion packages are due by May 6, 2002.

    4. Plaintiff shall submit his portion of the Pretrial Order to Defendants by May 13, 2002; Defendants shall submit the consolidated Pretrial Order to the Court by May 23, 2002.

The pretrial conference date and the trial date will be set by the Honorable M. Christine Armijo.

    **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

